**BESHADA FARNESE LLP**
Peter J. Farnese (SBN 251204)
pjf@bfllplaw.com
700 S. Flower St., Suite 1000
Los Angeles, California 90017
Telephone:   310-356-4668
Facsimile:    310-388-1232

**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
William A. Ladnier (SBN 330334)
wladnier@milberg.com
Jonathan B. Cohen*
jcohen@milberg.com
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
T: 865-247-0080
F: 865-522-0049

**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
Alex R. Straus (SBN 321366)
astraus@milberg.com
280 Beverly Hills Dr., Penthouse
Beverly Hills, CA 90212
(917) 471-1894 (phone)
(615) 921-6501 (fax)

Caroline Ramsey Taylor*
ctaylor@milberg.com
518 Monroe Street
Nashville, TN 37208
(615) 921-6500 (phone)
(615) 921-6501 (fax)

Attorneys for Plaintiffs and the Proposed Settlement Class

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CRISTIE RAMIREZ and NATALIE LINARTE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HB USA HOLDINGS INC. dba HUDA BEAUTY, and DOES 1-10, Inclusive, <br><br> Defendants. | CASE NO.  5:20-cv-01016-JGB-SHK <br><br> Judge: Hon. Jesus G. Bernal <br><br> **CLASS ACTION** <br><br> **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> [Memorandum of Points and Authorities; Declarations of Peter J. Farnese, Jonathan Cohen, Mark Schey, and [Proposed] Order filed concurrently herewith] <br><br> Date:   August 9, 2021 <br> Time:   9:00 a.m. <br> Crtm:   1 <br><br> Trial Date:  November 9, 2021 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on August 9, 2021 at 9:00 a.m., or as soon as thereafter as the matter may be heard in the above-captioned court, located at George E. Brown, Jr. Federal Building and United States Courthouse, 3470 Twelfth Street Riverside, CA 92501-3801, Courtroom 1, and Defendant HB USA Holdings, Inc. dba Huda Beauty ("Defendant" or "Huda Beauty") By this motion, Plaintiffs Christie Ramirez and Natalie Linarte ("Plaintiffs") will, and hereby do move, pursuant to Fed. R. Civ. P. 23(e), for the Court to:

(1) grant preliminary approval of the Settlement Agreement[1];

(2) approve and direct notice as set forth in the Notice Plan;

(3) conditionally certify the Settlement Class;

(4) approve the form and content of the proposed Class Notice;

(5) appoint Plaintiffs Ramirez and Linarte as Class Representatives;

(6) appoint Beshada Farnese LLP and Milberg Coleman Bryson Phillips Grossman, PLLC as Class Counsel;

(7) appoint Digital Settlement Group ("DSG") as Settlement Administrator;

(8) schedule a Final Fairness Hearing; and

(9) except for proceedings to implement this Settlement, stay this Action.

This motion is made on the grounds that preliminary approval of the proposed class action settlement is proper, given that each requirement of Rule 23(e) has been met. This motion is made following the conference of counsel pursuant to L.R. 7-3 and Defendant HB USA Holdings, Inc. dba Huda Beauty ("Defendant" or "Huda Beauty") does not oppose this motion.

This motion is based on the attached Memorandum of Points and Authorities, the accompanying Declarations of Peter J. Farnese, Jonathan Cohen, Mark Schey, all

---

[1] The fully executed settlement agreement ("Settlement" or "Settlement Agreement") is attached as Exhibit 1 to the Declaration of Peter J. Farnese ("Farnese Decl.") filed concurrently herewith. Unless otherwise noted, all capitalized terms have the meaning assigned to them in the Settlement Agreement.

pleadings and papers on file herein, and any other written and oral arguments that may be presented to the Court.

Dated: July 9, 2021

**BESHADA FARNESE, LLP**

By:    /s/Peter J. Farnese
        Peter J. Farnese

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
William A. Ladnier (CA Bar No. 330334)
Jonathan B. Cohen
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
T: 865-247-0080
F: 865-522-0049
wladnier@milberg.com
jcohen@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Alex R. Straus (SBN 321366)
280 Beverly Hills Dr., Penthouse
Beverly Hills, CA 90212
(917) 471-1894 (phone)
(615) 921-6501 (fax)
astraus@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Caroline Ramsey Taylor
518 Monroe Street
Nashville, TN 37208
(615) 921-6500 (phone)
(615) 921-6501 (fax)
ctaylor@milberg.com

Attorneys for Plainitffs and the Proposed Settlement Class

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2021, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the email addresses registered in the CM/ECF system.

Executed on July 9, 2021 at Los Angeles, California.

By:   *s/ Peter J. Farnese*
Peter J. Farnese