UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CRISTIE RAMIREZ and NATALIE LINARTE,<br><br>               Plaintiffs,<br><br>   v.<br><br>HB USA HOLDINGS, INC., d/b/a Huda Beauty,<br><br>               Defendant. | CASE NO. 5:20-cv-01016-JGB-SHKx<br><br>**ORDER RE JOINT STIPULATION RE SETTLEMENT FINAL APPROVAL HEARING**<br><br>Current Hearing Date:   Feb. 21, 2022<br>Proposed Hearing Date:  March 21, 2022 |

# ORDER

Having read and reviewed the parties' Joint Stipulation re Settlement Final Approval Hearing, and finding good cause therein, the Court orders that:

1. **The hearing on Plaintiffs' forthcoming final approval hearing shall be continued to Monday, March 21, 2022 at 9:00 a.m.;**

2. Plaintiffs' forthcoming final approval motion and any attorneys' fees motions shall be filed by December 17, 2021; and

3. Defendant shall serve the CAFA Notice upon appropriate federal and state officials by December 21, 2021.

**IT IS SO ORDERED.**

DATED: December 14, 2021

_____
Honorable Jesus G. Bernal