**BESHADA FARNESE LLP**
Peter J. Farnese (SBN 251204)
pjf@bfllplaw.com
700 S. Flower St., Suite 1000
Los Angeles, California 90017
Telephone:  310-356-4668
Facsimile:   310-388-1232

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
William A. Ladnier (SBN 330334)
wladnier@milberg.com
Jonathan B. Cohen*
jcohen@milberg.com
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
T: 865-247-0080
F: 865-522-0049

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Alex R. Straus (SBN 321366)
astraus@milberg.com
280 Beverly Dr.
Beverly Hills, CA 90212
(917) 471-1894 (phone)
(615) 921-6501 (fax)

Caroline Ramsey Taylor*
ctaylor@milberg.com
518 Monroe Street
Nashville, TN 37208
(615) 921-6500 (phone)
(615) 921-6501 (fax)

Attorneys for Plaintiffs and the Proposed Settlement Class

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CRISTIE RAMIREZ and NATALIE LINARTE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HB USA HOLDINGS INC. dba HUDA BEAUTY, and DOES 1-10, Inclusive,<br><br>Defendants. | CASE NO.  5:20-cv-01016-JGB-SHK<br><br>Judge: Hon. Jesus G. Bernal<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[Memorandum of Points and Authorities; Declarations of Peter J. Farnese, Jonathan Cohen, Mark Schey, and [Proposed] Order filed concurrently herewith]<br><br>Date:     March 21, 2022<br>Time:    9:00 a.m.<br>Crtm:    1<br><br>Trial Date:  November 9, 2021 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE THAT** on March 21, 2022 at 9:00 a.m., or as soon as thereafter as the matter may be heard in the above-captioned court, located at George E. Brown, Jr. Federal Building and United States Courthouse, 3470 Twelfth Street Riverside, CA 92501-3801, Courtroom 1, Plaintiffs Christie Ramirez and Natalie Linarte ("Plaintiffs") will, and hereby do move, pursuant to Fed. R. Civ. P. 23(e), for an order granting final approval of the class action settlement that was preliminarily approved by the Court on August 13, 2021 (Dkt 50).

    This motion is made on the grounds that final approval of the proposed class action settlement is proper, given that each requirement of Rule 23(e) has been met. The motion will be heard concurrently with Plaintiffs' Motions for Attorneys' Fees and Costs, which will be separately filed.

    This motion is based on the attached Memorandum of Points and Authorities, the accompanying Declarations of Peter J. Farnese, Jonathan Cohen, Mark Schey, all pleadings and papers on file herein, and any other written and oral arguments that may be presented to the Court.

Dated: December 17, 2021              **BESHADA FARNESE, LLP**

                                          By:   /s/Peter J. Farnese
                                                  Peter J. Farnese

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
William A. Ladnier (CA Bar No. 330334)
Jonathan B. Cohen
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
T: 865-247-0080
F: 865-522-0049
wladnier@milberg.com
jcohen@milberg.com

| | |
|---|---|
| 1 | **MILBERG COLEMAN BRYSON** |
| 2 | **PHILLIPS GROSSMAN, PLLC**<br>Alex R. Straus (SBN 321366) |
| 3 | 280 Beverly Hills Dr., Penthouse<br>Beverly Hills, CA 90212 |
| 4 | (917) 471-1894 (phone) |
| 5 | (615) 921-6501 (fax)<br>astraus@milberg.com |
| 6 | |
| 7 | **MILBERG COLEMAN BRYSON**<br>**PHILLIPS GROSSMAN, PLLC** |
| 8 | Caroline Ramsey Taylor |
| 9 | 518 Monroe Street<br>Nashville, TN 37208 |
| 10 | (615) 921-6500 (phone)<br>(615) 921-6501 (fax) |
| 11 | ctaylor@milberg.com |
| 12 | |
| 13 | Attorneys for Plainitffs and the Proposed<br>Settlement Class |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2021, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the email addresses registered in the CM/ECF system.

Executed on December 17, 2021 at Los Angeles, California.

By: *s/ Peter J. Farnese*
Peter J. Farnese

-1-
CERTIFICATE OF SERVICE