**BESHADA FARNESE LLP**
Peter J. Farnese (SBN 251204)
pjf@bfllplaw.com
700 S. Flower St., Suite 1000
Los Angeles, California 90017
Telephone:  310-356-4668
Facsimile:   310-388-1232

Attorneys for Plaintiffs and the Proposed Settlement Class

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CRISTIE RAMIREZ and NATALIE LINARTE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HB USA HOLDINGS INC. dba HUDA BEAUTY, and DOES 1-10, Inclusive,<br><br>Defendants. | CASE NO.  5:20-cv-01016-JGB-SHK<br><br>Judge: Hon. Jesus G. Bernal<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS TO BESHADA FARNESE LLP**<br><br>[Declaration of Peter J. Farnese filed concurrently herewith]<br><br>Date:         March 21, 2022<br>Time:        9:00 a.m.<br>Crtm:        1<br><br>Trial Date:  November 9, 2021 |

NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on March 21, 2022 at 9:00 a.m., or as soon as thereafter as the matter may be heard in the above-captioned court, located at George E. Brown, Jr. Federal Building and United States Courthouse, 3470 Twelfth Street Riverside, CA 92501-3801, Courtroom 1, Plaintiff Natalie Linarte ("Plaintiff") will, and hereby does move, pursuant to Fed. R. Civ. P. 23(e), for an order awarding Beshada Farnese LLP reasonable attorneys fees in the amount of $467,000.00 and reimbursement of costs and expenses in the amount of $883.90.

This motion is based on the attached Memorandum of Points and Authorities, the accompanying Declarations of Peter J. Farnese, all pleadings and papers on file herein, and any other written and oral arguments that may be presented to the Court.

Dated: December 17, 2021               **BESHADA FARNESE, LLP**

                                       By:    /s/Peter J. Farnese
                                              Peter J. Farnese

                                       Attorneys for Plaintiffs and the Proposed
                                       Settlement Class

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2021, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the email addresses registered in the CM/ECF system.

Executed on December 17, 2021 at Los Angeles, California.

By:  *s/ Peter J. Farnese*
Peter J. Farnese