UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CRISTIE RAMIREZ and NATALIE LINARTE,<br><br>               Plaintiffs,<br><br>   v.<br><br>HB USA HOLDINGS, INC., d/b/a Huda Beauty,<br><br>               Defendant. | CASE NO. 5:20-cv-01016-JGB-SHK<br><br>**ORDER RE JOINT STIPULATION RE SETTLEMENT FINAL APPROVAL HEARING**<br><br>Current Hearing Date:   March 21, 2022<br>Proposed Hearing Date:  April 18, 2022 |

# ORDER

Having read and reviewed the parties' Joint Stipulation re Settlement Final Approval Hearing, and finding good cause therein, the Court orders that:

1. The hearing on Plaintiffs' forthcoming final approval hearing (Dkt. No. 54) shall be continued to Monday, April 18, 2022 at 9:00 a.m.;

2. The deadline for the Settlement Administrator to Complete review of claims is continued in accordance with the Settlement Agreement and the April 18, 2022 hearing;

3. The deadlines to file all briefing related to Plaintiffs' Motion for Final Approval shall be due in accordance with the Local Rules.

**IT IS SO ORDERED.**

March 4, 2022

Honorable Jesus G. Bernal
U.S. District Judge