1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

CRISTIE RAMIREZ,

11
                    Plaintiff,

12
        v.

13
HB USA HOLDINGS, INC., d/b/a

14
Huda Beauty,

15
                    Defendant.

16
17
18
19

CASE NO. 5:20-cv-01016-JGB-SHKx

**ORDER GRANTING APPLICATION FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO PLAINTIFF RAMIREZ'S REPLY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND EXPENSES**

Hearing Date:   March 21, 2022
Time:               9:00 a.m.
Courtroom:       1

Trial Date:        Stayed

**NOTE CHANGES MADE BY THE COURT**

20
21
22
23
24
25
26
27
28

Defendant HB USA Holdings, Inc.'s ("Huda Beauty") Application for Leave to File Sur-Reply in Response to Plaintiff Ramirez's Reply in Support of Motion for Attorneys' Fees and Expenses (the "Application") is GRANTED.  The sur-reply attached as Exhibit A **shall be filed by the Defendant**.

**IT IS SO ORDERED.**

Dated:  March 24, 2022

_____

Hon. Jesus G. Bernal
U.S. District Judge