# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIE RAMIREZ and NATALIE LINARTE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HB USA HOLDINGS, INC., d/b/a Huda Beauty,<br><br>Defendant. | CASE NO. 5:20-cv-01016-JGB-SHKx<br><br>**ORDER RE JOINT STIPULATION CONTINUING HEARINGS ON FINAL APPROVAL AND MOTIONS FOR ATTORNEYS' FEES**<br><br>Hearing Date: May 2, 2022 at 9:00 a.m. |

///
///
///

1
ORDER

**ORDER**

Having read and reviewed the parties' Joint Stipulation Continuing Hearings on Final Approval and Motions for Attorneys' Fees, and finding good cause therein, the Court orders that:

1. The hearing on Plaintiffs' forthcoming final approval hearing shall be continued to Monday, May 2, 2022 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: April 14, 2022

_____
Honorable Jesus G. Bernal
United States District Judge