1
2

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CRISTIE RAMIREZ and NATALIE LINARTE, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

HB USA HOLDINGS INC. dba HUDA BEAUTY, and DOES 1-10, Inclusive,

Defendants.

CASE NO.  5:20-cv-01016-JGB-SHK

Judge: Hon. Jesus G. Bernal

**CLASS ACTION**

**ORDER RE JOINT STIPULATION TO CONTINUE HEARINGS ON FINAL APPROVAL AND MOTIONS FOR ATTORNEYS' FEES**

Current Hearing Date:    June 6, 2022
Proposed Hearing Date:  June 13, 2022

## ORDER

Having read and reviewed the Parties' Joint Stipulation To Continue Hearings On Final Approval and Motions For Attorneys' Fees, and finding good cause therein, the Court orders that:

1.     The hearings regarding final approval of the Settlement Agreement and Plaintiffs' respective motions for attorneys' fees shall be rescheduled to June 13, 2022 at 9:00 a.m.

2.     Plaintiffs shall file supplemental declarations in support of their motions for attorneys' fees no later than May 13, 2022;

3.     Defendant shall file its response(s) to Plaintiffs' supplemental filings by May 20, 2022; and

4.     Plaintiffs shall file any respective reply briefs in response to Defendant no later than May 27, 2022.

**IT IS SO ORDERED.**

DATED: May 6, 2022

_____
Jesus G. Bernal, U.S. District Judge

ORDER RE JOINT STIPULATION TO CONTINUE HEARINGS ON
FINAL APPROVAL AND MOTIONS FOR ATTORNEYS' FEES
CASE NO.  5:20-cv-01016-JGB-SHK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28